UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Petitioner )<br>           )<br>V.         )<br>           )<br>CHRISTOPHER W. CALDWELL )<br>      Respondent ) | M.B.D. No. |

### AFFIDAVIT OF REVENUE OFFICER

I, Mary-Ellen Disher, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Christopher W. Caldwell, are true to the best of my knowledge and belief.

_____
Revenue Officer
Internal Revenue Service

Subscribed and sworn to before me at  NORFOLK COUNTY  ,
Massachusetts on the  7th  day of  MAY , 2004.

My Commission expires: AUGUST 6, 2010   _____
                   NOTARY PUBLIC