UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>       Petitioner,<br><br>v.<br><br>CHRISTOPHER W. CALDWELL,<br>       Respondent. | M.B.D. No. 04-10241-JGD |

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Judith G. Dein for hearing on November 19, 2004 and the respondent, Christopher W. Caldwell, not having shown any cause why he should not obey the Summons issued to him on February 26, 2004:

IT IS ORDERED that Christopher W. Caldwell obey the Summons and appear (with the documents described in the Summons) before Revenue Officer Mary-Ellen Disher or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on or before Friday, December 10, 2004 at 9:00 AM at the office of the Internal Revenue Service, 166 Main Street, Brockton, MA 02301, Tel. #(508)895-8834.

Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

                                                /s/ Judith Gail Dein
                                                JUDITH G. DEIN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: November 30, 2004