UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____        )
                                       )
UNITED STATES OF AMERICA,              )
                Petitioner,            )
                                       )
v.                                     )        M.B.D. No. 04-10241-JGD
                                       )
CHRISTOPHER W. CALDWELL,               )
                Respondent.            )
_____)

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

     The United States of America, on behalf of its agency, the Internal Revenue

Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of

Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal

Revenue Summons which was filed with this Court.

-2-

The petitioner now seeks to withdraw its petition because the respondent,

Christopher W. Caldwell, has complied in part with the Internal Revenue Service

Summons, and the Internal Revenue Service does not wish to pursue this matter any

further.

Respectfully submitted:

MICHAEL J. SULLIVAN,
United States Attorney

By:  /s/Patricia M. Connolly
PATRICIA M. CONNOLLY
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3282


CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the
United States mail a copy of same in an envelope bearing sufficient postage for delivery:

 /s/ Patricia M. Connolly
ASSISTANT UNITED STATES ATTORNEY

Dated: January 4, 2005